UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MARK W. DOBRONSKI**, | Case No. **2:23-cv-10330-NGE-EAS** |
| Plaintiff, | Honorable Nancy G. Edmunds<br>United States District Judge |
| v. | |
| **ADVOCATE HEALTH, LLC**, *et al.*, | Honorable Elizabeth A. Stafford<br>United States Magistrate Judge |
| Defendants. | |

_____

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff Mark W. Dobronski, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby requests that this Court enter its order dismissing the above-captioned case with prejudice as to all defendants.  No answer or motion for summary judgment has been filed by any of the defendants as of the date of this notice.

WHEREFORE, Plaintiff requests that this Court enter its order that the above-captioned case be dismissed with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

Date: April 19, 2023

_____
Mark W. Dobronski
Post Office Box 85547
Westland, Michigan 48185-0547
(734) 330-9671
markdobronski@yahoo.com
Plaintiff *In Propria Persona*